BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATOIN

| | |
|---|---|
| IN RE: COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION | ) ) ) )    MDL DOCKET NO. 2942 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Corporate Disclosure Statement for Rinnigade Art Works was served on all parties electronically via the Judicial Panel on Multidistrict Litigation's CM/ECF system on May 26, 2020.

DATED:  May 28, 2020        Respectfully submitted,

                                      WHATLEY KALLAS, LLP

                                      By */s/ Patrick J. Sheehan*
                                      Patrick J. Sheehan
                                      101 Federal Street, 19th Floor
                                      Boston, MA  02110
                                      Phone:  617-573-5118
                                      Fax:  800-922-4851
                                      Email:  psheehan@whatleykallas.com

                                      *Counsel for Plaintiffs,*
                                      *Homestate Seafood, LLC d/b/a Automatic Seafood*
                                      *& Oysters and Rinnigade Art Works*